IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RINALDY DILONE PUELLO,
               *Petitioner,*

        v.

J. L. JAMISON et al.,
               *Respondents.*

:    CIVIL NO. 26-4388

## ORDER

**AND NOW,** this **6th** day of **July 2026,** upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and the Government's Answer (ECF No. 4), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1.  The Government shall release Petitioner from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on July 7, 2026.**

2.  The Government is enjoined from detaining Petitioner under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3.  The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**